# EXHIBIT A



Toll Free: 888-572-3987
Fax: 847-897-3158
Email: myaccount@unifinrs.com
Website: www.unifininc.com
Online Portal:
https://uoffer.unifinrs.com

| ACCOUNT SUMMARY | |
|---|---|
| Unifin Reference #: | ▓▓▓ |
| Debt Description: | VERIZON WIRELESS |
| Original Account #: | ▓▓▓ |
| Original Creditor: | CELLCO PARTNERSHIP DBA VERIZON |
| Current Creditor: | JEFFERSON CAPITAL SYSTEMS LLC |
| Jefferson Capital Ref #: | ▓▓▓ |
| Amount Due: | $1854.90 |

December 22, 2020

Dear Shayla Bailey:

The past due account has been referred to our agency for collection. **This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

| 1 payment of $927.45 towards a discounted offer | 3 payments of $401.90 towards a discounted offer | 12 monthly payments towards the balance in full |
|---|---|---|

To take advantage of the discounted offer(s), please have payment (or first payment) in our office within 45 days from December 22, 2020. We are not obligated to renew any offers provided.

Sincerely,
Unifin Inc. Management

Office hours are: Monday-Thursday 8am-7pm | Friday 8am-5pm (All times are Central Standard Times, CST).
Our fax number is 847-897-3158 or email us at: myaccount@unifinrs.com.
All written correspondence must be sent to the following address: Unifin, Inc., PO BOX 4519, Skokie, IL 60076-4519.

**Notice to Florida Residents:**
The law limits how long you can be sued on a debt. Because of the age of your debt, JEFFERSON CAPITAL SYSTEMS LLC may not sue you for it. If you do not pay the debt, JEFFERSON CAPITAL SYSTEMS LLC may [continue to] report it to the credit reporting agencies [as unpaid].

Even though the statute of limitations has expired, you may choose to make payments. However, be aware: if you make a payment, the statute of limitations may start again.

Unifin, Inc cannot and will not sue you for this debt.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

---

PO BOX 4519
SKOKIE, IL 60076-4519

64

Accepted Forms of Payment:



VISA   MasterCard   AMERICAN EXPRESS   DISCOVER

CHECK   MONEY ORDER


Manage Here

December 22, 2020

Shayla Bailey
▓▓▓

UNIFIN, INC.
PO BOX 4519
SKOKIE, IL 60076-4519

N021   UNIFIN.WFD   897027   00020883   Page